UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES D. BERRY, for himself and
similarly situated parties,
    Plaintiffs,

vs.

HUBBARD'S TOWING, LLC, *et al.*,
    Defendants.

Case No. 1:15-cv-270

Litkovitz, M.J. (consent

**ORDER**

This matter is before the Court following a scheduling conference held on June 25, 2015. As stated during the conference, plaintiff's Motion for the Court's Preliminary Certification of a Class of Similarly Situated Parties and for Approval of a Notice of Lawsuit to Be Served on those Parties (Doc. 8) is **STAYED** pending the anticipated mediation in this matter.

**IT IS SO ORDERED.**

Date: 6/25/15

Karen L. Litkovitz
United States Magistrate Judge