UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES D. BERRY, for himself and similarly situated parties,
    Plaintiffs,

vs.

HUBBARD'S TOWING, LLC, et al.,
    Defendants.

Case No. 1:15-cv-270

Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiffs' unopposed motion for the Court's preliminary certification of a class of similarly situated parties and for approval of a notice of lawsuit to be served on those parties (Doc. 18).

Upon consideration, plaintiffs' motion is **GRANTED**. The Court approves the form of the Notice of Pendency of Lawsuit (Doc. 18, Ex. 2) proposed by plaintiffs for mailing or disseminating to potential plaintiffs identified by the defendants and also grants leave to the plaintiffs to mail or otherwise disseminate the approved notice to those potential plaintiffs.

**IT IS SO ORDERED.**

Date: 8/21/15

Karen L. Litkovitz
United States Magistrate Judge