*Granted.*
*12/21/15*
*Karen L. Litkovitz*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES D. BERRY, for himself and similarly situated parties,<br><br>Plaintiffs,<br><br>v.<br><br>HUBBARD'S TOWING, LLC, et al.,<br><br>Defendants | CASE NO. 1:15-CV-0270<br><br>Judge Sandra Beckwith<br><br>Magistrate Karen Litkovitz<br><br>PLAINTIFFS' MOTION FOR THE COURT'S PRELIMINARY CERTIFICATION OF A CLASS OF SIMILARLY SITUATED PARTIES AND FOR APPROVAL OF A NOTICE OF LAWSUIT TO BE SERVED ON THOSE PARTIES |

Pursuant to Fair Labor Standards Act Section 216 (29 U.S.C. §216(b)), the named Plaintiff, James D. Berry ("Mr. Berry"), moves the Court to enter an Order for preliminary certification of a class of similarly situated parties, and for approval of the attached draft of Notice of Pendency of a Lawsuit for distribution to the similarly situated parties.

A supporting memorandum and declaration from Mr. Berry are attached.

Respectfully Submitted,

**James P. Langendorf**
Digitally signed by James P. Langendorf
DN: cn=James P. Langendorf, o=Langendorf Law Firm, ou=Attorney at Law, email=jamesplang@aol.com, c=US
Date: 2015.06.03 15:31:15 -04'00'

James P. Langendorf (0068807)
Trial Attorney
1081 N. University Blvd., Suite A
Middletown, Ohio 45042
(513) 705-4104
(513) 705-4106 (fax)
Email: jamesplang@aol.com