# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JAMES D. BERRY, for himself and others similarly situated,<br>    Plaintiffs, | Case No. 1:15-cv-270<br>Litkovitz, M.J. |
| vs. | |
| HUBBARD'S TOWING, LLC, *et al.*,<br>    Defendants. | **ORDER** |

This matter is before the Court following a telephonic conference with the parties on April 20, 2016.

The Court's stay of the case pending mediation (Doc. 14) is hereby **LIFTED**. The case will proceed as set forth in the calendar order entered on this date.

Plaintiff's counsel represented to the Court that plaintiff withdraws the pending motions for protective order (Doc. 35) and sanctions (Doc. 36). Counsel are **DIRECTED** to instruct the parties that in the future, they are to discuss this lawsuit only through their attorneys.

**IT IS SO ORDERED.**

Date: 4/20/16

Karen L. Litkovitz
United States Magistrate Judge